Jay T. Jambeck (SBN 226018)
Mandy G. Leigh (SBN 225748)
LEIGH LAW GROUP
870 Market Street, Suite 1157
San Francisco, CA 94102
Telephone:    415-399-9155
Facsimile:    415-795-3733

*Attorneys for Plaintiffs*

**SPINELLI, DONALD & NOTT**
A Professional Corporation
Domenic D. Spinelli (SBN: 131192)
Alison W. Winter (SBN: 251084)
815 S Street, Second Floor
Sacramento, CA 95811
Telephone:  (916) 448-7888
Facsimile:   (916) 448-6888

Attorneys for Defendant
Sacramento City Unified School District

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| T.V. and A.V. by and through their guardians Will Valerio and Jackie Valerio, and Will Valerio and Jackie Valerio, individually, D.S. by and through her guardian Arthur Aleman, I.M. and I.M. by and through their guardians Jorge Maranon and Isabella Maranon, Jorge Maranon and Isabella Maranon individually, D.S. by and through his guardians Adrian Sanchez and Stephanie Sanchez, J.S. by and through David Schnetz and Amy Schnetz, A.S. by and through her guardian Stacey Swett,<br><br>  Plaintiffs,<br><br>  vs.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>  Defendant.<br>_____/ | Case No.: 2:15-cv-00889-KJM-AC<br><br>**STIPULATION AND TO EXTEND DISCOVERY TIMELINE AND FURTHER STATUS CONFERENCE** |

STIPULATION

Pursuant to Federal Rule of Civil Procedure 16, Plaintiffs, through their attorneys of record, and Defendant, through its attorneys of record, hereby request that the Court modify the current Scheduling Order and extend the discovery and expert disclosure deadlines as follows:

1. On February 2, 2016, the parties attended an initial scheduling conference. The Court's Status (Pretrial Scheduling) Order was filed on February 12, 2016 as Docket Number 23.

2. On February 17, 2016, Plaintiffs filed a Third Amended Complaint. On June 11, 2015, Plaintiffs filed a First Amended Complaint ("FAC") with this Court. The following dates were scheduled:

   a. Discovery cut-off: March 31, 2017
   b. Expert disclosure: April 2, 2017
   c. Supplemental expert disclosure: May 2, 2017
   d. Expert discovery cut-off: July 31, 2017
   e. Joint mid-litigation proposal: August 31, 2017
   f. Mid-litigation status conference: September 14, 2017 at 2:30 pm

3. Good cause exists to extend the dates set forth in the Court's February 12, 2016 Scheduling Order. The parties have worked diligently to complete discovery, including undertaking written discovery. The parties are also in the process of completing depositions. However, due to the complexity of this case, including the number of Plaintiffs and their Guardians ad Litem, it is not feasible to complete all requisite depositions by March 31, 2017, including the District employee depositions, and provide those deposition transcripts to retained experts for their review, analysis, and incorporation into their reports by the next day, April 1, 2017.

4. There are currently dates scheduled for dispositive motions or trial that would need to be altered.

5. Based on the foregoing, IT IS HEREBY STIPULATED, by and between all parties through their respective counsel of record that:

   a. Discovery cut-off be extended to May 31, 2017
   b. Expert disclosure deadline be extended to July 28, 2017

     c.    Supplemental expert disclosure deadline be extended to August 31, 2017

     d.    Expert discovery cut-off be extended to September 22, 2017

     e.    Joint mid-litigation proposal deadline be extended to September 28, 2017

     f.    Mid-litigation status conference be continued to October 12, 2017 at 2:30 pm

**IT IS SO STIPULATED**.

DATED: February 23, 2017               **LEIGH LAW GROUP**

By:    /s/ Jay Jambeck
         Jay Jambeck
         Nathan Sullivan
         Attorneys for Plaintiffs

DATED: February 23, 2017               **SPINELLI, DONALD & NOTT**

By:    /s/ Domenic D. Spinelli
         Domenic D. Spinelli
         Alison W. Winter.
         Attorneys for Defendant

# **ORDER**

Pursuant to the stipulation of the parties, and for good cause shown thereby, the request to continue the dates set forth in the February 12, 2016 Status (Pretrial Scheduling) is GRANTED. It is hereby ORDERED that:

a. The discovery cut-off is extended to May 31, 2017;

b. The expert disclosure deadline is extended to July 28, 2017;

c. The supplemental expert disclosure deadline is extended to August 31, 2017;

d. The expert discovery cut-off is extended to September 22, 2017;

e. The joint mid-litigation proposal filing deadline is extended to September 28, 2017;

f. A mid-litigation status conference will be held on October 12, 2017 at 2:30 pm in Courtroom 3.

IT IS SO ORDERED.

Dated:  March 1, 2017

_____
UNITED STATES DISTRICT JUDGE