Jay T. Jambeck (SBN 226018)
Mandy G. Leigh (SBN 225748)
**LEIGH LAW GROUP, P.C.**
870 Market Street, Suite 1157
San Francisco, CA 94102
Telephone:	415-399-9155
Facsimile:	415-795-3733

*Attorneys for Plaintiffs*

**SPINELLI, DONALD & NOTT**
A Professional Corporation
Domenic D. Spinelli (SBN: 131192)
Alison W. Winter (SBN: 251084)
815 S Street, Second Floor
Sacramento, CA 95811
Telephone:	(916) 448-7888
Facsimile:	(916) 448-6888

Attorneys for Defendant
Sacramento City Unified School District

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.V. and A.V. by and through their guardians Will Valerio and Jackie Valerio, and Will Valerio and Jackie Valerio, individually, D.S. by and through her guardian Arthur Aleman, I.M. and I.M. by and through their guardians Jorge Maranon and Isabella Maranon, Jorge Maranon and Isabella Maranon individually, D.S. by and through his guardians Adrian Sanchez and Stephanie Sanchez, J.S. by and through David Schnetz and Amy Schnetz, A.S. by and through her guardian Stacey Swett,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant.<br>_____/ | Case No.: 2:15-cv-00889-KJM-AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY TIMELINES** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 16, Plaintiffs, through their attorneys of record, and Defendant, through its attorneys of record, hereby request that the Court modify the current Scheduling Order and extend the discovery and expert disclosure deadlines as follows:

1. On February 2, 2016, the parties attended an initial scheduling conference. The Court's Status (Pretrial Scheduling) Order was filed on February 12, 2016 as Docket Number 23.

2. On February 17, 2016, Plaintiffs filed a Third Amended Complaint. The following dates were scheduled:

   a. Discovery cut-off: March 31, 2017
   b. Expert disclosure: April 2, 2017
   c. Supplemental expert disclosure: May 2, 2017
   d. Expert discovery cut-off: July 31, 2017
   e. Joint mid-litigation proposal: August 31, 2017
   f. Mid-litigation status conference: September 14, 2017 at 2:30 pm

3. On February 23, 2017, the parties stipulated to extend the above deadlines as follows:

   a. Discovery cut-off be extended to May 31, 2017
   b. Expert disclosure deadline be extended to July 28, 2017
   c. Supplemental expert disclosure deadline be extended to August 31, 2017
   d. Expert discovery cut-off be extended to September 22, 2017
   e. Joint mid-litigation proposal deadline be extended to September 28, 2017
   f. Mid-litigation status conference be continued to October 12, 2017 at 2:30 pm

4. On March 1, 2017, the Court entered an order approving the parties' stipulated dates.

5. Good cause exists to extend the dates set forth in the Court's March 1, 2017 Scheduling Order. The parties have worked diligently to complete discovery, including undertaking several rounds of written discovery. Additionally, Defendant noticed and completed the depositions of thirteen of the Plaintiffs/parent representatives. Due to calendar conflicts and other scheduling issues, those depositions occurred over a period of several months and concluded on

May 19, 2017. Plaintiffs have noticed a Rule 30(b)(6) deposition to occur after the conclusion of the depositions of Plaintiffs but due to the complexity of the issues involved, along with the logistics of scheduling district employees responsive to the Rule 30(b)(6) categories at this time of year, additional time will be necessary for the Rule 30(b)(6) deposition to conclude within the present discovery schedule.

6. Based on the foregoing, IT IS HEREBY STIPULATED, by and between all parties through their respective counsel of record that:

    a. Discovery cut-off be extended solely for the purposes of completing the Rule 30(b)(6) deposition noticed by Plaintiffs on May 16, 2017. This deposition will be completed by July 28, 2017.

    b. Expert disclosure deadline be extended to September 15, 2017.

    c. Supplemental expert disclosure deadline be extended to October 13, 2017.

    d. Expert discovery cut-off be extended to November 30, 2017.

    e. Joint mid-litigation proposal deadline extended to December 7, 2017.

    f. Mid-litigation status conference extended to December 14, 2017 at 2:30 pm.

**IT IS SO STIPULATED**.

DATED: May 31, 2017        **LEIGH LAW GROUP, P.C.**

By: /s/ Jay T. Jambeck
_____
Jay T. Jambeck
Attorneys for Plaintiffs

DATED: May 31, 2017        **SPINELLI, DONALD & NOTT**

By: /s/ Domenic D. Spinelli
_____
Domenic D. Spinelli
Alison W. Winter
Attorneys for Defendant

1 **ORDER**

2     Pursuant to the stipulation of the parties, and for good cause shown thereby, the request to
3 continue the dates set forth in the March 1, 2017 scheduling order is GRANTED. It is hereby
4 ORDERED that:

5     a.     Discovery cut-off be extended solely for the purposes of completing the Rule
6     30(b)(6) deposition noticed by Plaintiffs on May 16, 2017. This deposition will be
7     completed by July 28, 2017.

8     b.     Expert disclosure deadline be extended to August 15, 2017.

9     c.     Supplemental expert disclosure deadline be extended to September 15, 2017.

10     d.     Expert discovery cut-off be extended to October 10, 2017.

11     e.     Joint mid-litigation proposal deadline remain September 28, 2017.

12     f.     Mid-litigation status conference remain on October 12, 2017 at 2:30 pm in
13     Courtroom 3.

14     IT IS SO ORDERED.

15 DATED: June 12, 2017.

_____
UNITED STATES DISTRICT JUDGE