UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.V., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | No. 2:15-cv-00889 KJM AC<br><br><br>ORDER |

The parties have submitted a stipulation and proposed order for a protective order. ECF No. 33. This matter was referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(1).

The stipulation makes reference to Local Rule 79-5 which, according to the stipulation, governs filing documents under seal. However, this court has no Local Rule 79-5. The parties are directed to this court's Local Rules for information on filing documents under seal, the mechanics of obtaining a stipulated protective order, and all other matters governed by the Local Rules.

In addition, such stipulated protective orders must be directed to the magistrate judge. See Local Rule 302(c)(1).

////

////

1

Accordingly, IT IS HEREBY ORDERED that the stipulation and proposed order (ECF No. 33), are NOT APPROVED.

DATED: October 2, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE