UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.V., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SACRAMENTO CITY UNIFIED<br>SCHOOL DISTRICT, et al.,<br><br>    Defendants. | No. 2: 15-cv-0889 KJM AC<br><br><br>ORDER |

A mid-litigation conference was held in this case on December 14, 2017. Jay Jambeck appeared for plaintiffs; Alison Winter appeared for defendant.

Having discussed the case with counsel at the hearing, this matter is referred to the court's ADR Coordinator, Sujean Park, for referral to the Voluntary Dispute Resolution Panel (VDRP) for the convening of a VDRP session to take place in ninety (90) days, or as soon thereafter as possible. A principal with full settlement authority for each party shall appear at the VDRP session. If the case does not settle, the parties shall file a joint statement within fourteen days of completion of the VDRP session on the status of this case.

The parties are reminded to promptly notify the court if they settle this case prior to the scheduled VDRP conference date.

1

1 | IT IS SO ORDERED.
2 | DATED: January 8, 2018.

_____
UNITED STATES DISTRICT JUDGE