Jay T. Jambeck SBN #226018
Mandy G. Leigh SBN # 225748
Damien B. Troutman SBN # 286616
LEIGH LAW GROUP, P.C.
870 Market Street, Suite 1157
San Francisco, CA  94102
Telephone:     415-399-9155
Facsimile:     415-795-3733
Email: jjambeck@leighlawgroup.com

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.V. and A.V. by and through their guardians, Will Valerio and Jackie Valerio, and Will Valerio and Jack Valerio, individually, D.S. by and through her guardian Arthur Aleman, I.M. by and through her guardians, Jorge Maranon and Isabella Maranon, Jorge Maranon and Isabella Maranon individually, D.S. by and through his guardians Adrian Sanchez and Stephanie Sanchez, J.S. by and through David Schnetz and Amy Schnetz, A.S. by and through her guardian Stacey Swift,<br><br>     Plaintiffs,<br><br> v.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>     Defendant. | **Case No.**: 2:15-cv-00889-KJM-AC<br><br>**ORDER GRANTING EX PARTE APPLICATION TO RELEASE FUNDS TO D.S.**<br><br>Date:<br>Time:<br>Courtroom: 3<br>Judge: Hon. Kimberly J. Mueller |

  Plaintiff D.S. has filed an ex parte application to release his settlement funds of $7,513 to him on the grounds it is in his best interest to obtain tutoring services.

  Based on the supporting documents and arguments of counsel, the court grants Plaintiff D.S.'s ex parte application, approves release of D.S.'s funds and ORDERS the following:

  1. Leigh Law Group, P.C. shall issue a check payable to D.S. from its attorney/client trust account in the amount of $7,513 which shall be deposited into a federally insured bank account opened in D.S.'s name for use consistent with the application made on behalf of D.S.

  SO ORDERED.

DATED:  March 6, 2019.

                       _____
                       UNITED STATES DISTRICT JUDGE