Jay T. Jambeck SBN #226018
Mandy G. Leigh SBN # 225748
Damien B. Troutman SBN # 286616
LEIGH LAW GROUP, P.C.
870 Market Street, Suite 1157
San Francisco, CA 94102
Telephone:    415-399-9155
Facsimile:    415-795-3733
Email: jjambeck@leighlawgroup.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.V. and A.V. by and through their guardians, Will Valerio and Jackie Valerio, and Will Valerio and Jack Valerio, individually, D.S. by and through her guardian Arthur Aleman, I.M. by and through her guardians, Jorge Maranon and Isabella Maranon, Jorge Maranon and Isabella Maranon individually, D.S. by and through his guardians Adrian Sanchez and Stephanie Sanchez, J.S. by and through David Schnetz and Amy Schnetz, A.S. by and through her guardian Stacey Swift,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO CITY UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 2:15-cv-00889-KJM-AC<br><br>**ORDER GRANTING ▇▇▇ M▇▇, T▇▇ AND A▇▇ V▇▇▇'S EX PARTE APPLICATION TO DEPOSIT FUNDS TO BLOCKED ACCOUNT**<br><br>Date:<br>Time:<br>Courtroom:   3<br>Judge:        Hon. Kimberly J. Mueller |

Plaintiffs ▇▇ M▇▇, T▇▇ V▇▇ and A▇▇ V▇▇ have filed an ex parte application to deposit funds to blocked accounts.

Based on the supporting documents and arguments of counsel, the court grants Plaintiffs' ex parte application, and ORDERS the following:

1. The sum of $14,684.50 shall be deposited into an interest bearing federally insured blocked bank account on behalf of ▇▇ M▇▇. The account shall indicate the name of the minor or other person who owns the account. ▇▇ M▇▇' date of

1
ORDER GRANTING EX PARTE APPLICATION
Case No.: 2:15-cv-00889-KJM-AC

1. birth is February 25, 2003 and he turns 18 on February 25, 2021. The funds shall be deposited by either of ▮▮▮▮ M▮▮' guardians, Isabella Maranon or Jorge Maranon. Upon turning 18, ▮▮▮▮ M▮▮ shall be entitled to withdraw any or all of the funds from the account.

2. The sum of $9,789.66 shall be deposited into an interest bearing federally insured blocked bank account on behalf of T▮▮ V▮▮▮▮. The account shall indicate the name of the minor or other person who owns the account. T▮▮ V▮▮▮▮'s date of birth is July 11, 2003 and he turns 18 on July 11, 2021. The funds shall be deposited by either of T▮▮ V▮▮▮▮'s guardians, Will or Jackie Valerio. Upon turning 18, T▮▮ V▮▮▮▮ shall be entitled to withdraw any or all of the funds from the account.

3. The sum of $9,789.66 shall be deposited into an interest bearing federally insured blocked bank account on behalf of A▮▮▮▮ V▮▮▮. The account shall indicate the name of the minor or other person who owns the account. A▮▮▮▮ V▮▮▮'s date of birth is September 21, 2001 and she turns 18 on September 21, 2019. The funds shall be deposited by either of A▮▮▮▮ V▮▮▮'s guardians, Will or Jackie Valerio. Upon turning 18, A▮▮▮▮ V▮▮▮ shall be entitled to withdraw any or all of the funds from the account.

SO ORDERED.

DATED: April 10, 2019.

_____
UNITED STATES DISTRICT JUDGE

2
ORDER GRANTING EX PARTE APPLICATION
Case No.: 2:15-cv-00889-KJM-AC