UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| T.V. et al., | No. 2:15-cv-00889-KJM-AC |
|---|---|
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

On August 15, 2018, the court issued an order granting the parties' motion to approve the minor plaintiffs' settlement in this case. Order, ECF No. 55. That order also directed plaintiffs' counsel, Mr. Jambeck, to file proof of the payments specified in the order within 60 days, along with a stipulated dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). On July 9, 2019, nearly a year later, Mr. Jambeck filed proof of deposits into blocked accounts for I.M. ($14,679.11[1]), A.V. ($9,789.66), and T.V. ($9,789.66). Mr. Jambeck has yet to file proof of

---

[1] The settlement approval order listed a settlement amount for "I.S." as $14,684.50. Order at 7. The memorandum in support of the motion for approval of the settlement agreement only references "I.M." who is a plaintiff in this case. ECF No. 44 at 3–4. The court presumes the reference to "I.S." was a typographical error in the court's order, unless counsel clarifies otherwise in his response to this Order to Show Cause. The court further requests that Mr. Jambeck clarify why the amount in the proof of payment, $14,679.11, is $5.39 less than the amount in the approved settlement, $14,684.50.

1

the other payments laid out in the settlement approval order, namely the settlement payment to: Leigh Law Group, P.C.; D.S. and her guardian; the guardian of J.S.; the guardian of I.M.; the guardian of A.V. and T.V. *See* Order at 7.

     Accordingly, Mr. Jambeck is hereby ORDERED to show cause within seven (7) days why he should not be sanctioned $250 for his failure to complete compliance with the court's August 15, 2018 order, by not yet filing the proofs of payment described above or a stipulation of dismissal, or why he has not requested an extension of time for completion.

DATED: July 30, 2019.

                                                       UNITED STATES DISTRICT JUDGE